UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-22383-CIV-WILLIAMS

MTACC LTD. d/b/a EPAYSERVICE,

    Plaintiff,

vs.

CHF CORPORATION et al.

    Defendants.
_____/

### ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation (the "Report") (DE 26) on Plaintiff's motion for final default judgment against Defendants, CHF Corporation, Carlos Flores, David J. Bartone, and Law Offices of David J. Bartone. (DE 21.) The Report recommends that Plaintiff's motion be granted as to Plaintiff's breach of contract and conversion claims, but denied as to Plaintiff's unjust enrichment claim and demand for a permanent injunction. In addition, the Report recommends that Plaintiff's demand for fees and costs be denied without prejudice. No objections to the Report were filed and the time to do so has now passed. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 26) are **AFFIRMED AND ADOPTED**.
2. The motion (DE 21) is **GRANTED IN PART AND DENIED IN PART**. It is **GRANTED** as to Plaintiff's breach of contract and conversion claims. It is **DENIED** as to the unjust enrichment claim and Plaintiff's demand for a permanent injunction.

3. The motion (DE 21) is **DENIED WITHOUT PREJUDICE** as to Plaintiff's request for fees and costs. Plaintiff may file a renewed motion for fees and costs within thirty (30) days of this Order.

4. Judgment is entered against Defendants and in favor of Plaintiff in the amount of $1,167,258.09.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>15th</u> day of September, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE