**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 20-22383-CIV-WILLIAMS**

MTACC LTD.,

    Plaintiff,

vs.

CHF CORPORATION, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court upon Magistrate Judge Edwin G. Torres' report and recommendation (DE 42) on Defendants' motion to set aside final default judgment (DE 31) ("Report"). In the Report, Judge Torres recommends **GRANTING** Defendants' motion (DE 31) and **VACATING** the September 15, 2020 Order granting in part Plaintiff's motion for final default judgment against Defendants (DE 27). Plaintiff did not file objections to the Report and the time to do so has now passed. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 42) are **AFFIRMED AND ADOPTED**.
2. Defendants' motion to set aside final default judgment (DE 31) is **GRANTED**.
3. The Court's September 15, 2020 Order (DE 27) is **VACATED**.
4. Plaintiff's renewed motion for attorney's fees (DE 28) is **DENIED AS MOOT**.
5. By no later than **February 12, 2021**, Defendants shall respond to the complaint.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 22nd day of January, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE